ACCEPTED
04-15-00643-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/9/2015 10:48:59 AM
KEITH HOTTLE
CLERK





1722 Pecan Avenue
McAllen, Texas 78501     (956) 630-5700     (956) 630-5702     www.karamlawfirm.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/9/2015 10:48:59 AM
KEITH E. HOTTLE
Clerk



December 8, 2015

Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

> RE:   Court of Appeals No.: 04-15-00643-cv
> Trial Court Cause No.:      DC-14-307
> Style: Sandra Galvan, Individually and as Next of Friend of Valerie Rubio, Minor
> and Maria Zempoaltcalt, Individually, *vs. Rosalva Garcia*

Dear Ms. Estrada:

Our office is in receipt of the order dated November 24, 2015. Please be advised that our office has requested the court reporter's record and requested the fee total.  To date, the record is not ready and a fee has not been provided to our office.  Please see the attached Request for Court Reporter's Record and emails regarding the status of the record and any fees due for that record.

Sincerely,

**KARAM LAW FIRM**

By: _____
Erinn L. Youngblood
Legal Assistant

/ely
Enclosure